**WO**

**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | No. CV-09-01484-PHX-FJM |
| ) | No. CR-09-00084-PHX-FJM |
| Plaintiff/Respondent, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| Guadalupe Burgos-Ramos, ) | |
| ) | |
| Defendant/Movant. ) | |
| ) | |
| _____) | |

The court has before it Guadalupe Burgos-Ramos's Second Amended Motion to Vacate, Set Aside, or Correct a Sentence pursuant to 28 U.S.C. § 2255 (doc. 8), the United States' response (doc. 16), an affidavit by movant's former counsel (doc. 19), and a report and recommendation by the United States Magistrate Judge recommending that the motion be denied (doc 20). Movant did not file a reply or object to the report and recommendation.

After review, we accept the recommendation of the Magistrate Judge pursuant to Rule 8(b), Rules Governing § 2255 Cases, and deny the motion.

**IT IS THEREFORE ORDERED DENYING** movant's Second Amended Motion to Vacate, Set Aside, or Correct a Sentence (doc. 8).

/ / /

/ / /

**IT IS FURTHER ORDERED DENYING** a certificate of appealability and leave to proceed in forma pauperis on appeal because movant has not made a substantial showing of the denial of a constitutional right.

DATED this 7th day of September, 2010.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge